Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926. Rehearing denied January 4, 1927.

R. E. Blackwood, for appellant. Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

**M. A. Feehan, trading as Gorman Shoe Company, appellee, v. The Grossman Shoe Company, appellant. Gen. No. 31,104.**

Action for contract price of goods sold and delivered and damages for refusing contract remainder. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926. Rehearing denied January 4, 1927.

Leo S. LeBosky, for appellant; Newman A. DuMont, of counsel. Culver, Andrews & King, for appellee; James B. McKeon, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**Jacob Frank, appellant, v. Thomas T. Hoskins Company, appellee. Gen. No. 29,535.**

Action on promissory notes. Appeal by plaintiff from judgment for him on part of his claim. Same case see 238 Ill. App. 621 (abstract), reversed in 323 Ill. 46. Appeal from the Municipal Court of Chicago; the Hon Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed with finding of facts and judgment here. Opinion filed December 27, 1926.

Lawrence E. Dowd, for appellant. Sinden & Hassell, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Albert Pick & Company, appellee, v. Reltig Building Corporation, appellant. Gen. No. 30,948.**

Replevin for return of personalty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the third division of this court for the first district at the April term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied January 12, 1926.

Kaplan & Kaplan, for appellant. Mayer, Meyer, Austrian & Platt, for appellee; Burrell J. Cramer, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**George J. Cooke Company, appellant, v. Schreiber Brothers Company and Bert Schreiber, appellees. Gen. No. 30,960.**

Suit on promissory notes. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 29, 1926. Rehearing denied January 12, 1927.

Brown, Brown & Brown, for appellant. Lewis, Adler, Lederer & Kahn, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.